# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Niki Moore, | § |
|  Plaintiff, | § |
| v. | §  Case No. 2:24-cv-10823-SFC-CI |
| American Profit Recovery, Inc.; Experian Information Solutions, Inc.; and Transunion, LLC, | § |
|  Defendants. | § |

## NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC

Plaintiff Niki Moore, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant TransUnion ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against American Profit Recovery, Inc. and Experian Information Solutions, Inc. remain pending.

Dated:   May 6, 2024

/s/ Joseph Panvini
Joseph Panvini, Esq.
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251
Phone: 602-456-8900
Fax: 602-218-4447

joe.panvini@mccarthylawyer.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>/s/ Joseph Panvini</u>