UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Niki Moore, | § |
|     Plaintiff, | § |
| v. | § Case No. 2:24-cv-10823-SFC-CI |
| American Profit Recovery, Inc.; Experian Information Solutions, Inc.; and Transunion, LLC, | § |
|     Defendants. | § |

### NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Niki Moore, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Experian Information Solutions, Inc. ("Experian"). Plaintiff and Experian are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days. Plaintiff's claims against American Profit Recovery, Inc. remain pending.

Dated:    May 29, 2024

/s/ Joseph Panvini
Joseph Panvini, Esq.
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251
Phone: 602-456-8900
Fax: 602-218-4447

joe.panvini@mccarthylawyer.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>/s/ Joseph Panvini</u>