UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Niki Moore,<br><br>    Plaintiff,<br><br>v.<br><br>American Profit Recovery, Inc.; Experian Information Solutions, Inc.; and Transunion, LLC,<br><br>    Defendants. | Case No. 2:24-cv-10823-SFC-CI |

## STIPULATION OF DISMISSAL AS TO DEFENDANT AMERICAN PROFIT RECOVERY, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant American Profit Recovery, Inc. hereby jointly stipulate that American Profit Recovery, Inc. may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated:   August 19, 2024

| | |
|---|---|
| */s/ Joseph Panvini*<br>Joseph Panvini, Esq.<br>McCarthy Law PLC<br>4250 N. Drinkwater Blvd. Ste. 320<br>Scottsdale, AZ 85251<br>Phone: 602-456-8900<br>Fax: 602-218-4447<br>joe.panvini@mccarthylawyer.com<br>Attorney for Plaintiff | */s/ Randall J. Groendyk*<br>Randall J. Groendyk (P37196)<br>VARNUM LLP<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6573<br>rjgroendyk@varnumlaw.com<br>Attorneys for Defendant American Profit Recovery, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joseph Panvini*